KEVIN G. McCURDY (SBN 115083)
McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone:  (650) 618-3500
Facsimile:   (650) 618-3599
E-mail:  kevin.mccurdy@mccurdylawyers.com

VANCI Y. FULLER (SBN 173317)
McCURDY FULLER RUETTGERS LLP
800 S. Baranca Avenue, Suite 265
Covina, CA 91723
Telephone:  (626) 858-8321
Facsimile:  (626) 858-8331
E-mail:  Vanci.fuller@mccurdylawyers.com

Attorneys for Defendants
WAUSAU BUSINESS INSURANCE COMPANY and
EMPLOYERS INSURANCE COMPANY OF WAUSAU

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STORE KRAFT MANUFACTURING COMPANY, a Nebraska corporation.<br><br>    Plaintiff,<br><br>v.<br><br>WAUSAU BUSINESS INSURANCE COMPANY, Wisconsin corporation; EMPLOYERS INSURANCE COMPANY OF WAUSAU, a Wisconsin corporation; R.S. Haglund Construction, a California corporation and DOES 1 to 25<br><br>    Defendants. | CASE NO. SACV 13-545 JVS (JPRx)<br><br>**FINAL JUDGMENT**<br><br>**Judge:    Hon James V. Selna** |

52712

- 1 -

**[PROPOSED] FINAL JUDGMENT**

# JUDGMENT

This Court enters final judgment in favor of Defendants Wausau Business Insurance Company and Employers Insurance Company of Wausau (collectively "Defendants") and against Plaintiff The Store Kraft Manufacturing Company ("Store Kraft") for the reasons stated in the Court's March 24, 2014 Order granting Defendants' motion for summary judgment and denying Store Kraft's motion for partial summary judgment (See, Docket No. 20).  Defendants shall recover their costs of suit herein.

**IT IS SO ORDERED.**

DATED:  April 24, 2014         _____
                                Hon. James V. Selna
                                UNITED STATES DISTRICT COURT JUDGE


Presented by:

McCURDY FULLER RUETTGERS, LLP


By: _/s/Vanci Y. Fuller_____
    Vanci Y. Fuller
    Attorneys for Defendants
    WAUSAU BUSINESS INSURANCE COMPANY and
    EMPLOYERS INSURANCE COMPANY OF WAUSAU

DATE:       April 18, 2014